UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SARAH FINK,

                    Plaintiff,

        v.

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

                    Defendant.

CASE NO. 13-cv-05417 RBL

ORDER ADOPTING REPORT AND
RECOMMENDATION

        The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (ECF No. 24), and the relevant record, does hereby find and ORDER:

        (1)     The Court adopts the Report and Recommendation.

        (2)     The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Administration for further consideration; and

        (3)     The Clerk is directed to enter Judgment and close this case.

        Dated this 3rd day of April, 2014.


                                            _____
                                            RONALD B. LEIGHTON
                                            UNITED STATES DISTRICT JUDGE


ORDER ADOPTING REPORT AND
RECOMMENDATION - 1